United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                      No. C 11-80122M CW
9   JEROME GRIMES,
                                      ORDER FOR CLERK OF
10           Plaintiff,               COURT TO FILE
                                      COMPLAINT AND
11      v.                            FINDING COMPLAINT
                                      RELATED TO C 01-1423
12  OFFICER BARBER, et al.,           CW

13           Defendants.
                                    /
14
15
16
17       On December 9, 2005, this Court entered a pre-filing order

18  regarding the cases filed by Plaintiff Jerome Grimes.  The pre-

19  filing order states that if Plaintiff files a complaint that is

20  "related to any of the following matters:

21       (1)  a diversified group of individuals who commit acts
                 of terror against Mr. Grimes, his family and
22               other citizens;

23       (2)  an injunction against the defendants to prevent them from
                 kidnaping, framing, falsely imprisoning or otherwise
24               terrorizing Mr. Grimes, his family, and other citizens;

25       (3)  a court order for the defendants to be subjected to a lie
                 detector test;
26
         (4)  covert terrorism
27
    it will not be filed unless it presents cognizable claims that are

28  not based on merely conclusory allegations.  Second, no other

1   complaints filed by Mr. Grimes while he is not incarcerated or

2   detained will be filed unless they contain intelligible factual

3   allegations and claims for relief."

4        The Court has reviewed the instant complaint, C 11-80122M, and

5   finds that it does not concern one of the matters mentioned in the

6   pre-filing order.  Therefore, the Clerk of the Court is ordered to

7   file this complaint.  This case is related to case numbers C 01-

8   1423 CW, C 01-1424 CW, and C 01-1723 CW.  If this case is randomly

9   assigned to another judge, a related case order will be signed.

10

11

12        IT IS SO ORDERED.

13

14  Dated: 6/23/2011

                                        CLAUDIA WILKEN
15                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L GRIMES,

        Plaintiff,

  v.

OFFICER BARBER et al,

        Defendant.

Case Number: CV11-80122 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco,  CA 94132

Dated: June 23, 2011

                Richard W. Wieking, Clerk
                By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California

3